FILED & JUDGMENT ENTERED
David E. Weich

Aug 27 2009

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

IN RE:

MEREDITH LOUISE BRYANT-SMITH

SSN#: XXX-XX-0599

Chapter 13
CASE NO:   07-31959
Related Court Docket Number: 34

ORDER

ON 08/26/2009, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

AND, THIS COURT FINDS that:
[ Y/N ] Debtor present           [ Y/N ] PRO SE - NO ATTORNEY present
[✓] Plan payments are in substantial default.
[ ] Debtor can resume payments _____.
[ ] _____

IT IS, THEREFORE, ORDERED that:
[✓] Case is hereby dismissed.
[ ] Case subject to dismissal without further notice upon payment default for _____.
[ ] Case subject to dismissal if not converted to Chapter 7 within _____ days.
[ ] Plan payments are to resume at/to be changed to $_____ per month.
[ ] Plan composition percentage is set at _____%.
[ ] Plan term set at _____ months; minimum unsecured dividend is adjusted as necessary.
[ ] Case subject to dismissal if plan payments not completed by _____.
[ ] Plan term is extended as necessary.
[ ] Attorney for debtor allowed presumptive, non-base fee of $_____.
[ ] Hearing is continued to _____.
[ ] Motion is denied.
[ ] _____

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on August 26, 2009.

S. Sloan
Office of the Chapter 13 Trustee

MEREDITH LOUISE BRYANT SMITH, 6023 TREETOP CT.,
CHARLOTTE, NC 28212

This Order has been signed electronically, pursuant to administrative order of the Court. Effective as of date of entry.

George R. Hodges
UNITED STATES BANKRUPTCY COURT JUDGE